UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Felix Noe Gonzales )<br>)<br>Defendant(s) )<br>_____ ) | 08 CR 1214 - BEN<br>CRIMINAL NO. 08 MJ 997<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

**Ana Juarez-Rosas**

DATED: 4/17/08

_____
Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

                                                            OR
                                                W. SAMUEL HAMRICK, JR.   Clerk
                                                              by
                                                                    Deputy Clerk